# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HOLLEY, JERMAINE<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.<br><br>    Defendant. | Civil Action File No.:<br>1:16-cv-02441-AT-JSA |

## NOTICE OF SETTLEMENT AS TO DIVERSIFIED CONSULTANTS, INC.

Plaintiff, Holley, Jermaine, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Diversified Consultants, Inc. ("DCI"). Plaintiff and DCI anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to DCI. Accordingly, Plaintiff respectfully submits that this obviates the need for DCI to file an answer, participate in the Rule 26(f) conference, or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 19th day of August, 2016,

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

**BERRY & ASSOCIATES**

*/s/ Paul Sieg*
Paul Sieg
Georgia Bar No.: 334182
psieg@mattberry.com
Matt Berry
Georgia Bar No.: 055663
matt@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.    404-235-3305
Fax    678-335-5692

*Plaintiff's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on DCI via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

>Diversified Consultants, Inc.,
>c/o Incorp Services Inc, Registered Agent
>200 Riveredge Pkwy NW, Suite 885
>Atlanta, GA 30324

>**BERRY & ASSOCIATES**

>*/s/ Paul Sieg*
>Paul Sieg
>Georgia Bar No.: 334182
>psieg@mattberry.com

>*One of Plaintiff's Attorneys*