IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JERMAINE HOLLEY, | : | |
| Plaintiff, | : | |
| v. | : | |
| DIVERSIFIED CONSULTANTS, INC., | : | CIVIL ACTION NO. 1:16-CV-2441-AT |
| Defendant. | : | |

### ORDER

On August 19, 2016 the parties in this matter notified the Court that they have reached a settlement and that they intend to file a dismissal with prejudice in the near future.  (Doc. 4.)  Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal with prejudice.[1]  The parties are **DIRECTED** to file within 45 days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 22nd day of August, 2016.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner.  The parties may move to re-open an administratively closed case at any time.