IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERMAINE HOLLEY<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.<br><br>    Defendant. | Civil Action File No.:<br>1:16-cv-02441-AT-JSA |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jermaine Holley, through his undersigned counsel, hereby dismisses this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 4th day of October, 2016,

                                        **BERRY & ASSOCIATES**

                                        */s/ Paul Sieg*
                                        Paul Sieg
                                        Georgia Bar No.: 334182
                                        psieg@mattberry.com
                                        2751 Buford Highway, Suite 600
                                        Atlanta, GA 30324
                                        Ph.    404-235-3305
                                        Fax    678-335-5692

                                        *Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on the parties listed below via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Diversified Consultants, Inc.
c/o Stephannie M. McKinney
Sessions, Fishman, Nathan & Israel
3850 N. Causeway Blvd
Suite 200
Metairie, LA 70002

**BERRY & ASSOCIATES**

*/s/ Paul Sieg*
Paul Sieg
Georgia Bar No.: 334182
psieg@mattberry.com

*Plaintiff's Attorney*